UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Shawn Garcia

Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )
20 Mag 12714

Defendant __Shawn Garcia__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

/s/ by Sylvie Levine
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Shawn Garcia
Print Defendant's Name

_____
Defendant's Counsel's Signature

SYLVIE LEVINE
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12-1-2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge